# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cr-029-APG-GWF |
| vs. | **ORDER** |
| DAVID ALLAN GARRETSON, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Defendant David Garretson's ("Defendant") Motion to Suppress (#49), filed on April 8, 2013. The Court scheduled a hearing on the Motion (#49) for May 7, 2013. *See April 9, 2013 Minute Order, Doc. #52*. The Court reserved determination of whether the hearing will be an evidentiary hearing until after Plaintiff responded to the Motion (#49). *See id.* Plaintiff filed its Response (#56) on April 25, 2013. Having reviewed the Motion (#49) and the Response (#56), the Court will conduct an evidentiary hearing to determine whether officers violated the fourth amendment by entering Defendant's property through a side gate to gain visual access to the home's interior through a back window. The Court will not conduct an evidentiary hearing as regards allegedly misleading omissions from the subsequent search warrant affidavit in violation of *Franks v. Delaware*, 438 U.S. 154 (1978). Accordingly,

...

...

...

...

...

**IT IS HEREBY ORDERED** that, as regards the officers' entry onto Defendant's property and subsequent observation inside the home through a back window, the hearing on May 7, 2013 at 9:00 AM on Defendant Garretson's Motion to Suppress (#49) shall be an evidentiary hearing.

DATED this 30th day of April, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge