DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
*-oOo-*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ALLEN GARRETSON,<br><br>Defendant. | **2:13-cr-029-APG-GWF**<br><br>MOTION TO CONTINUE GOVERNMENT'S DEADLINE TO DEFENDANT'S OBJECTIONS TO MAGISTRATE COURT'S FINDINGS AND RECOMMENDATION<br>(Motion to Dismiss, Docket #50) |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, respectfully move this Court to continue the Government's deadline to respond to the Defendant's Objections to the Magistrate Court's Findings and Recommendation from August 9, 2013, to August 16, 2013.

This motion is entered into based on the following:

1. Following the Honorable Magistrate Judge George Foley's issuing his Report and Recommendation (R&R) that Defendant's Motion to Dismiss be denied, the parties initiated plea negotiations. Defense counsel requested that the Government hold off on preparing and filing its response to the Defendant's Objections to the R&R until such time as the plea negotiations were complete. On July 18, 2013, the parties submitted a Stipulation (Docket #87) to continue the Government's deadline to respond to the Objections, so that plea negotiations could be finalized. The Court granted the stipulation on July 19, 2013, and set the Government's deadline for August 2,

1

2013 (Docket #88). On July 28, 2013, defense counsel informed the Government that the Defendant declined the Government's plea offer. The parties then filed another stipulation, requesting that the Government's response deadline be continued to August 9, 2013, and that the Defendant's deadline to file objections to the Report and Recommendation to dismiss Defendant's Motion to Suppress be continued (Docket #93).

2. Due to Government counsel's current case load, in conjunction with Government resource and staffing issues, Government counsel needs an additional week to prepare its response to the Defendant's objections. Therefore, the Government respectfully requests that its deadline be continued to August 16, 2013.

3. Government counsel spoke with defense counsel, Brenda Weksler, who stated that she will not be filing an opposition to this Motion.

4. Trial in this matter was continued to November 4, 2013.

5. For the reasons stated above, the ends of justice would best be served by a continuance of the response deadline.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(3)(A) and (h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

//

8. This is the first motion for a continuance filed herein.[1]

DATED this 9th day of August, 2013.

                                    Respectfully Submitted,

                                    DANIEL G. BOGDEN
                                    United States Attorney

                                    */s/ Amber M. Craig*
                                    AMBER M. CRAIG
                                    Assistant United States Attorney

---

[1] The Government's response deadline was continued twice based upon stipulations of the parties.

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
*-oOo-*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID ALLEN GARRETSON,

        Defendant.

**2:13-cr-029-APG-GWF**

<u>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER</u>

## **FINDINGS OF FACT**

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Following the Honorable Magistrate Judge George Foley's issuing his Report and Recommendation (R&R) that Defendant's Motion to Dismiss be denied, the parties initiated plea negotiations. Defense counsel requested that the Government hold off on preparing and filing its response to the Defendant's Objections to the R&R until such time as the plea negotiations were complete. On July 18, 2013, the parties submitted a Stipulation (Docket #87) to continue the Government's deadline to respond to the Objections, so that plea negotiations could be finalized. The Court granted the stipulation on July 19, 2013, and set the Government's deadline for August 2, 2013 (Docket #88). On July 28, 2013, defense counsel informed the Government that the Defendant declined the Government's plea offer. The parties then filed another stipulation, requesting that the Government's response deadline be continued to August 9, 2013, and that the Defendant's deadline to file objections to the Report and Recommendation to dismiss Defendant's Motion to Suppress be continued (Docket #93).

2. Due to Government counsel's current case load, in conjunction with Government resource and staffing issues, Government counsel needs an additional week to prepare its response to the Defendant's objections. Therefore, the Government respectfully requests that its deadline be continued to August 16, 2013.

3. Government counsel spoke with defense counsel, Brenda Weksler, who stated that she will not be filing an opposition to this Motion.

4. Trial in this matter was continued to November 4, 2013.

5. For the reasons stated above, the ends of justice would best be served by a continuance of the response deadline.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this Stipulation is excludable in computing the time

8. within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(3)(A) and (h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United

States Code, Sections 3161(h)(1)(A), (h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

**<u>ORDER</u>**

IT IS THEREFORE ORDERED that the Government's deadline to file its response to Defendant's Objections to Magistrate Court's Findings and Recommendations, currently scheduled for August 9, 2013, be vacated and continued to the 16th day of August, 2013.

DATED this 9th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE