UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID ALLAN GARRETSON,<br><br>　　　　　　　　Defendant. | Case No. 2:13-cr-029-APG-GWF<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION ON MOTION TO DISMISS<br><br>(Dkt. #50, 79) |

On April 8, 2013, defendant David Garretson filed a Motion to Dismiss Count Six of the Indictment [Dkt #50]. On June 12, 2013, Magistrate Judge Foley entered his Findings and Recommendations [Dkt #79] recommending that Defendant Garretson's Motion to Dismiss be denied. Garretson filed an Objection [Dkt #84] to the Findings and Recommendations and the Government filed a Response [Dkt. #103]. Pursuant to Local Rule IB 3-2(b), the court has conducted a *de novo* review of the motion to dismiss, Findings and Recommendations, and related papers. The Court finds the Findings correct, well-reasoned and thorough, and adopts them in every respect. In addition, the Court notes that in *U.S. v. Sanchez*, 639 F.3d 1201, 1205 (9th Cir. 2011) -- the case primarily relied upon by Garretson -- the Ninth Circuit specifically noted that 18 U.S.C. §922(g)(8)(B) "does not include [18 U.S.C. §922(g)](8)(C)(ii)'s 'by its terms explicitly' language. Context suggests that (8)(C)(i) and (8)(C)(ii) require something more than what (8)(B) requires." This further supports Judge Foley's analysis and conclusions. Accordingly,

1 | **IT IS HEREBY ORDERED** that the Magistrate Judge Foley's Findings and
2 | Recommendations [Dkt #79] are accepted and approved in their entirety.
3 | Dated: October 28, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE