# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID ALLAN GARRETSON,<br><br>　　　　　　　　　Defendant. | Case No. 2:13-cr-029-APG-GWF<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION ON MOTION TO SUPPRESS**<br><br>**(Dkt. #49, 76)** |

On April 8, 2013, defendant David Garretson filed a Motion to Suppress Based on Fourth Amendment Violation [Dkt #49]. On June 6, 2013, Magistrate Judge Foley entered his Findings and Recommendations [Dkt #76] recommending that the Motion to Suppress be denied. On August 12, 2013, Garretson filed an Objection [Dkt #102]; four days later, the Government filed a Response [Dkt. #103].

Pursuant to Local Rule IB 3-2(b), the court has conducted a *de novo* review of the Motion to Dismiss, the Findings and Recommendations, and related papers. The Court finds the Findings and Recommendations to be correct, well-reasoned and thorough, and adopts them in every respect. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge Foley's Findings and Recommendations [Dkt #76] are accepted and approved in their entirety.

Dated: October 28, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE